# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | |
| JOSEPH CHARLES SMITH | Case Number: DNCW304CR000324-001 |
| | USM Number: 19859-058 |
| | |
| | Christopher Sanders |
| | Defendant's Attorney |

**THE DEFENDANT:**

 X      admitted guilt to violation of condition(s) 1 - 6 of the term of supervision.
___      Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 - 3 | New law violation | 8/13/10 |
| 4 | Other | 8/13/10 |
| 5 | Failure to comply with drug testing / treatment requirements | 5/12/10 |
| 6 | Drug / alcohol use | 7/3/10 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

___      The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 7/12/12

Robert J. Conrad, Jr.
Chief United States District Judge

Signed: July 18, 2012

Defendant: JOSEPH CHARLES SMITH                                           Judgment-Page <u>2</u> of <u>2</u>
Case Number: DNCW304CR000324-001

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>THIRTY-SIX (36) MONTHS</u>.

<u>  </u>    The Court makes the following recommendations to the Bureau of Prisons:

<u>X</u>     The Defendant is remanded to the custody of the United States Marshal.

<u>  </u>    The Defendant shall surrender to the United States Marshal for this District:

        <u>  </u>    as notified by the United States Marshal.

        <u>  </u>    at___a.m. / p.m. on ___.

<u>  </u>    The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        <u>  </u>    as notified by the United States Marshal.

        <u>  </u>    before 2 p.m. on ___.

        <u>  </u>    as notified by the Probation Office.

## RETURN

     I have executed this Judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

                                _____

United States Marshal

                    By: _____
                             Deputy Marshal

Defendant: JOSEPH CHARLES SMITH
Case Number: DNCW304CR000324-001

## STATEMENT OF ACKNOWLEDGMENT

I understand that my term of supervision is for a period of _____months, commencing on _____ .

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I understand that revocation of probation and supervised release is mandatory for possession of a controlled substance, possession of a firearm and/or refusal to comply with drug testing.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.


(Signed)    _____    Date: _____
                   Defendant

(Signed)    _____    Date: _____
                   U.S. Probation Office/Designated Witness